# Milton H. Flórez, P.C.
## Attorney at Law

---

**TELEPHONE:**
(718) 685-0073

40-06 WARREN STREET
ELMHURST, NY 11373

**FACSIMILE:**
(718) 685-0077

March 9, 2020

VIA-ECF
Honorable Judge Paula Xinis
U.S. District Judge
District of Maryland
6500 Cherry Wood Lane
Greenbelt, MD, 20770

Re:   USA v. Juan Carlos DeLeon
Docket No.:   0416 8:19CR00125-003
**REQUEST FOR ENLARGEMENT OF TIME FOR SENTENCING**

Honorable Judge Xinis:

I am writing this letter to respectfully request an adjournment of my client's sentencing, scheduled for March 19, 2020, at 1:00 p.m.

Specifically, I have been informed by my client's mother, Maritza DeLeon, that on March 6, 2020, Mr. DeLeon had to be rushed and admitted to Roger William's Medical Center, in Providence, Rhode Island, because he was suffering from heart problems that caused his built in heart defibrillator to active and charge his heart on numerous occasions.

In addition, I am awaiting numerous medical records from various medical facilities pertaining to Mr. DeLeon's medical condition.

Thus, once again, I respectfully request an adjournment of Mr. DeLeon's sentencing date and request a date in May, 2020, for sentencing.

Thank you for your time and consideration.

Very truly yours,

Milton H. Flórez, Esq.

C.c.:   Erin B. Pulice
         Assistant United States Attorney